

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellants' brief were originally due on March 2, 2015. This Court granted Appellants' s motions for a 30-day extension of time to file their briefs, extending the deadlines to April 2, 2015. Appellants now file a second motion for extension of time requesting another 30-day extension.

It is ORDERED appellants' motions are GRANTED. Appellants must file their briefs on or before May 1, 2015. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court